[Crim. No. 710.   First Appellate District.—May 13, 1918.]

## THE PEOPLE, Respondent, v. EDWARD MARTIN, Appellant.

CRIMINAL LAW—FAILURE TO FILE BRIEF OR APPEAR—DISMISSAL OF APPEAL.—An appeal in a criminal case may properly be dismissed where the appellant fails to file a brief in support of his appeal, or to appear before the court on the date set for the argument thereof.

APPEAL from a judgment of the Superior Court of the City and County of San Francisco, and from an order denying a new trial. George H. Cabaniss, Judge.

The facts are stated in the opinion of the court.

James W. Cochrane, for Appellant.

U. S. Webb, Attorney-General, and John H. Riordan, Deputy Attorney-General, for Respondent.

THE COURT.—In this case the appellant failed to file a brief in support of his appeal, or to appear before the court on the date set for the argument thereof, and the appeal might properly have been dismissed upon that ground. We have,

however, carefully examined the record, and find that there was sufficient evidence to support the judgment, that the court fairly instructed the jury, and that there were no errors in the admission or rejection of evidence.

It is therefore ordered that the judgment and order be affirmed.